UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RAY DYNES, | No. 2:16-cv-1804-EFB |
|     Petitioner, | |
| v. | ORDER |
| FRESNO COUNTY SUPERIOR COURT, | |
|     Respondent. | |

Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Because petitioner challenges a sentence imposed by the Fresno County Superior Court, petitioner should have commenced this action in the Fresno Division of the United States District Court for the Eastern District of California.  *See* E.D. Cal., Local Rule 120(d).  When a civil action has not been commenced in the proper division of a court, the court may transfer the action to the proper division.  *See* E.D. Cal., Local Rule 120(f).

Accordingly, it is hereby ordered that:

1. This action is transferred to the district court in Fresno.

2. The Clerk of Court shall assign a new case number.

/////

/////

/////

1

3. All future filings shall bear the new case number and shall be filed at:

>United States District Court
>Eastern District of California
>2500 Tulare Street
>Fresno, CA 93721

Dated: August 4, 2016.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE